Andrew C. Becker, Appellant, v. Bernard G. Meinikheim, as Executor, etc., of Leonora C. D. Becker, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr and Rich, JJ., concurred; Thomas and Carr, JJ., dissented.

Mary L. Clark, Respondent, v. James M. Clark and Hudson Iron Company, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Cooper Company, Respondent, v. Bernard Naumburg, Appellant, Impleaded with Another, Defendant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, solely upon the ground that defendant was entitled to be heard upon the application. (*Cooper Co.* v. *Naumburg*, 154 App. Div. 225.) Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Joseph E. Downer, Respondent, v. Hattie Haffner, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Harold Doyle, an Infant, etc., by Margaret Farday, His Guardian ad Litem, etc., Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

William J. English, Respondent, v. Steeplechase Park Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr and Stapleton, JJ., concurred; Thomas and Rich, JJ., dissented.

In the Matter of Claudine Eckert, an Alleged Incompetent Person, Appellant. Clara M. Truman, Respondent.— Order of the County Court of Kings county affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

In the Matter of the Application of Charles W. Jannicky, Clerk of the Municipal Court, etc., Appellant, to Compel John Henigin, Jr., Respondent, to Deliver to Him as Such Clerk Books, Papers, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., dissented.